■ In the Matter of ARTHUR A. MACKNIGHT et al., Appellants-Respondents, v F. SAMPIE SUTTON et al., Constituting the Town Board of the Town of Alexandria, et al., Respondents-Appellants. (Appeal No. 2.) [605 NYS2d 1002] —Appeal from order insofar as it denied reargument unanimously dismissed and order affirmed without costs. Same Memorandum as in Matter of MacKnight v Sutton (198 AD2d 853 [decided herewith]). (Appeals from Order of Supreme Court, Jefferson County, Gilbert, J.—Reargument and Sanctions.) Present—Denman, P. J., Green, Lawton, Fallon and Boehm, JJ.